AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Johnnie M. DuBose

**SUMMONS IN A CIVIL CASE**

V.

Michael Walsh, in his official capacity as
New Castle County Sheriff
American Business Credit (ABC)
Robert K Beste Jr Esq.
Maggie Clausell Esq.

CASE NUMBER: 07-45

FILED
FEB - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Michael P. Walsh, New Castle County Sheriff
c/o Donald L. Gouge Jr. Attorney
800 King Street Suite 303
P.O. Box 1674
Wilmington, Delaware 19899-1674

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnnie M. DuBose
4 Teakwood Lane
Wilmington, Delaware 19810

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

1/23/07

CLERK                                                DATE

E. Shickles

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1/24/07 |
| NAME OF SERVER (PRINT) Dwight L. Davis | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Registered Agent
Office of New Castle County Sheriff 800 French Street

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Susan Diaz New Castle County Law Dept. 1/29/07

☐ Returned unexecuted: _____

☐ Other (specify): Medical Examiner refused summons left copy with NCC Sheriff's Attorney

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/07
          Date        Signature of Server

800 W 9th St. W/L Del- 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.