AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of     Delaware

Johnnie M. DuBose

**SUMMONS IN A CIVIL CASE**

V.

Michael Walsh, in his official
capacity, New Castle County Sheriff
American Business Credit (ABC)
Robert K. Beste Jr. Esq.
Maggie Clausell Esq.

CASE NUMBER: 07 - 45

TO: (Name and address of Defendant)

American Business Credit (ABC) % registered agent
Wilmington Trust SP Services (Delaware) Inc.
103 Springer Building 3411 Silverside Road
Wilmington, Delaware 19810

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnnie M. DuBose
4 Teakwood Lane
Wilmington, Delaware 19810

FILED
FEB - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            1/23/07

CLERK                                                 DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1/24/07 |
| NAME OF SERVER (PRINT) Dwight L. Davis | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Registered Agent Wilmington Trust SP Servias

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/07
            Date         Signature of Server

800 W 9th Street W/m, Dela 19801
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.