AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

Johnnie M. DuBose

**SUMMONS IN A CIVIL CASE**

V.

Michael P. Walsh, in his official capacity as
New Castle County Sheriff
American Business Credit (ABC)
Robert K. Beck Jr. Esq.,
Maggie Clausell Esq.

CASE NUMBER: 07-45

FILED
FEB -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Maggie Clausell Esq.
9 E. Loockerman Street, Suite 205
Dover, Delaware 19901

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Johnnie M. DuBose
4 Teakwood Lane
Wilmington, Delaware 19810

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   1/23/07
CLERK                                             DATE

E. Strickln
(By) DEPUTY CLERK

≫AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/06/07 |
| NAME OF SERVER (PRINT) *[illegible] Davis* | TITLE *Server* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): *United States Postal Service Certified Mail on 1/30/07*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *2/06/07*    _____
              Date              Signature of Server

                              *800 W. 9th Street Wil, DE 19801*
                              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Law Office of Maggie Clausell
9 E. Loockerman St. Ste 205
Dover, Delaware 19901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Louis Smith_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Louis Smith
C. Date of Delivery: 1/30/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540