AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Johnnie M. DuBose

**SUMMONS IN A CIVIL CASE**

V.

Michael Walsh, in his official capacity as
New Castle County Sheriff
American Business Credit (ABC)
Robert K. Beste Jr
Maggie Clausell

CASE NUMBER: 07 - 45

FILED
FEB - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Robert K. Beste Jr Esq,
Nemours Building
1007 Orange Street Suite 205
Wilmington, Delaware 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Johnnie M. DuBose
4 Teakwood Lane
Wilmington, Delaware 19810

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

1/23/07

CLERK                                    DATE

_E. Sheckter_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/24/07 | |
| NAME OF SERVER (PRINT) Lasicett L Davis | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Law office of Robert Beste Nemours Bldg 11th Floor Wilmington De

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/07                 [signature]
                Date                 Signature of Server

                                      800 W 9th St. Wilm Dele, 19801
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.