## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHNNIE M. DuBOSE, | ) | C.A. No : 07 - 45 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DEMAND FOR JURY TRIAL |
| MICHAEL WALSH, IN HIS OFFICIAL | ) | |
| CAPACITY AS NEW CASTLE COUNTY | ) | |
| AMERICAN BUSINESS CREDIT (ABC) | ) | |
| SHERIFF ROBERT K. BESTE, JR., ESQ., | ) | |
| MAGGIE CLAUSELL, ESQ., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Paul Cottrell, Esquire of Tighe & Cottrell,

P.A., as attorney for Defendant, Maggie Clausell, Esq. The Entry of Appearance shall not be

considered to be a waiver of any jurisdictional defects in service upon the Defendant. The

Defendant specifically reserve all rights to raise any jurisdictional, service, or statute of

limitations defects which may be available.

TIGHE & COTTRELL, P.A.

Paul Cottrell
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE  19899
(302) 658-6400
Attorney for Defendant

DATED: February 6, 2007

## CERTIFICATE OF SERVICE

I, PAUL COTTRELL, ESQUIRE, hereby certify that a true and correct copy of the

foregoing Entry of Appearance was served, via First Class U.S. mail, on this 9th day of February

2007 upon the following:

Johnnie DuBose Pro Se'
4 Teakwood Lane
Wilmington, Delaware 19801

_____
PAUL COTTRELL