IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Johnnie M. DuBose, | ) |
| | ) C. A. No. 07-45 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Michael Walsh, in His Official Capacity as | ) |
| New Castle County Sheriff; American | ) |
| Business Credit (ABC); Robert K. Beste, Jr.,| ) |
| Maggie Clausell, Esq., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

COMES NOW, Defendant Robert K. Beste, Jr., Esquire, and respectfully moves this Court for an order dismissing this action against him, for the reasons more fully set forth in the Opening Brief filed herewith.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

_____
Robert K. Beste, Jr., Esq. (I. D. No. 154)
1007 Orange St., Nemours Bldg., Ste. 1130
Wilmington, DE 19801
(302) 425-5089

Date: 2/13/07

RKB/msj
09999-0144
Doc. #1371

## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., do hereby certify that on this __13__ day of February, 2007, two true and correct copies of the attached Motion to Dismiss were given to the following, by the method indicated:

### By First-Class Mail

Johnnie M. DuBose
4 Teakwood Lane
Wilmington, DE 19801

American Business Credit, Inc.
c/o George L. Miller, Chapter 7 Trustee
Miller Coffey Tate LLP
8 Penn Center, Suite 950
Philadelphia, PA 19103

Michael Walsh, Sheriff - New Castle County
City/County Building
800 N. French Street, Suite 5
Wilmington, DE 19801

### By First-Class Mail and Electronically

Paul Cottrell, Esquire
Tighe & Cottrell, P.A.
704 N. King Street, Suite 500
P. O. Box 1031
Wilmington, DE 19899

                                        Cohen, Seglias, Pallas,
                                        Greenhall & Furman, P.C.

                                        Robert K. Beste, Jr., Esq. (I.D. #154)
                                        1007 N. Orange Street
                                        Nemours Building, Suite 1130
                                        Wilmington DE 19801
                                        (302)425-5089

RKB/msj
09999-0144; Doc.; #1372