IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Johnnie M. DuBose, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-045(MPT) |
| ) | |
| Michael Walsh, American Business Credit, ) | |
| Robert K. Beste, Jr. and Maggie Clausell, ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date listed below that the attached entry of appearance was served as indicated below.

    Johnnie M. DuBose   (U.S. Mail)
    4 Teakwood Lane
    Wilmington, DE  19801

    Robert K. Beste, Jr., Esquire  (By Hand)
    1007 N. Orange Street, Suite 1130
    Wilmington, DE  19801

    Paul Cottrell, Esquire  (By Hand)
    704 King Street, Suite 500
    Wilmington, DE 19801

                        HEIMAN, GOUGE & KAUFMAN, LLP

                        */s/ Donald L. Gouge, Jr. #2234*
                        Donald L. Gouge, Jr. (DSB # 2234)
                        800 King Street, Suite 303
                        P.O. Box 1674
                        Wilmington, DE 19801
                        (302) 658-1800
                        (302) 658-1473 (fax)
                        dgouge@hgkde.com

Date:  February 14, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Johnnie M. DuBose,<br>      Plaintiff,<br><br>v.<br><br>Michael Walsh, American Business Credit,<br>Robert K. Beste, Jr. and Maggie Clausell,<br>      Defendants. | )<br>)<br>)<br>)   C.A. No. 07-045(MPT)<br>)<br>)<br>)<br>) |

## **ENTRY OF APPEARANCE**

    Please enter the appearance of the undersigned for defendant The Honorable Michael P. Walsh.

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Donald L. Gouge, Jr. #2234*
Donald L. Gouge, Jr. (DSB # 2234)
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
dgouge@hgkde.com

Date:  February 14, 2007