IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNNIE M. DuBOSE ) | |
| ) | C.A. No.: 07-45*** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL WALSH, in his official capacity as ) | |
| New Castle County Sheriff; AMERICAN ) | |
| BUSINESS CREDIT (ABC); ROBERT K. ) | |
| BESTE, JR; and MAGGIE CLAUSELL, Esq. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO JOIN AND MOTION TO DISMISS**

COMES NOW, Defendant Maggie Clausell, Esquire, by and through her undersigned attorney, and Moves to Join in and Adopt the Motion to Dismiss and Opening Brief filed by Defendant Robert K. Beste, (D.I 9 and 10) and, further, respectfully moves this Honorable Court for an order dismissing this action against her, for the reasons more fully set forth in the Opening Brief filed herewith.

**TIGHE & COTTRELL, P.A.**

/s/ Paul Cottrell
Paul Cottrell, Esq. (DE I.D. # 2391)
Patrick M. McGrory Esq. (DE I.D. # 4943)
One Custom House, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
p.cottrell@lawtcl.com
*Attorneys for Defendant Maggie Clausell,Esq.*

Dated: February 19, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHNNIE M. DuBOSE | ) | |
| | ) | C.A. No.: 07-45*** |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| MICHAEL WALSH, in his official capacity as | ) | |
| New Castle County Sheriff; AMERICAN | ) | |
| BUSINESS CREDIT (ABC); ROBERT K. | ) | |
| BESTE, JR; and MAGGIE CLAUSELL, Esq. | ) | |
| | ) | |
|     Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Paul Cottrell, Esquire, hereby certify that on February 19, 2007, I caused to be served a true and correct copy of the attached *Motion to Join and Motion to Dismiss* upon the following in the manner indicated:

**Electronic Mail using CM/ECF**

Robert K. Beste, Jr.
Cohen Seglias Pallas Greenhill
& Furman PC
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801
(302) 425-5089

Donald L. Gouge, Jr.
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899
(302) 658-1800

**First Class, US Mail, Postage Prepaid**

Johnnie M. DuBose
4 Teakwood Lane
Wilmington, DE 19801

American Business Credit, Inc.
c/o George L. Miller, Chapter 7 Trustee
Miller Coffey Tate LLP
8 Penn Center, Suite 950
Philadelphia, PA 19103

**TIGHE & COTTRELL, P.A.**

/s/ Paul Cottrell
Paul Cottrell, Esquire
DE I.D. # 2391