UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Johnnie M. DuBose, ) | |
| ) | C. A. No. 07-45*** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Michael Walsh, New Castle County Sheriff, ) | |
| in his official capacity, American Business ) | |
| Credit Inc., Robert K. Beste, Jr. and Maggie ) | |
| Clausell | |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant County Attorney Michele D. Allen as attorney for Defendants Michael Walsh and New Castle County.

NEW CASTLE COUNTY LAW DEPARTMENT

_____/s/   Michele D. Allen_____
MICHELE D. ALLEN
Assistant County Attorney
(I.D. No. 4359)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

DATED:  March 13, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Johnnie M. DuBose, <br><br>      Plaintiff, <br><br>      v. <br><br>Michael Walsh, New Castle County Sheriff, in his official capacity, American Business Credit Inc., Robert K. Beste, Jr. and Maggie Clausell | ) <br> )    C. A. No. 07-45*** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

     I, Michele D. Allen, Assistant County Attorney hereby certify that on March 13, 2007, I sent copies via U.S. Mail postage prepaid to *Pro se* plaintiff and counsel as follows as well as electronically filed the foregoing "Notice of Appearance" with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Johnnie DuBose
4 Teakwood Lane
Wilmington, DE 19801

Donald L. Gouge, Jr., Esquire
Heiman, Gouge & Kaufman, LLP
P.O. Box 1674
Wilmington, DE 19899

Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greehnill & Furman, P.C.
Nemours Building, Suite 1130
1007 Orange Street, Wilmington, DE 19801

Paul Cottrell, Esquire
Tigh & Cottrell, P.A.
704 King Street, Box 1031
1 Customs House
Wilmington, DE 19899

          /s/    *Michele D. Allen*
MICHELE D. ALLEN,
Assistant County Attorney
(Delaware Bar No. 4359)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
Telephone: (302)395-5130
*Attorney for Defendants Michael Walsh and New Castle County*