UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Johnnie M. DuBose,       )<br>                          )<br>     Plaintiff,         )<br>                          )<br>                          )<br>     v.                   )<br>                          )<br>Michael Walsh, New Castle County Sheriff,  )<br>in his official capacity, American Business )<br>Credit Inc., Robert K. Beste, Jr. and Maggie )<br>Clausell                  ) | C. A. No. 07-45*** |

## MOTION TO SUPPLEMENT DEFENDANTS MICHAEL WALSH AND NEW CASTLE COUNTY'S MOTION TO DISMISS

Defendants Michael Walsh, in his official capacity as Sheriff of New Castle County and New Castle County by and through their attorney, respectfully move pursuant to Fed. R. Civ. P. 15(d), to supplement the initial Motion to Dismiss and Opening Brief in support of the Motion to Dismiss filed by Donald L. Gouge, Jr. In support of this motion Defendants offer the following:

Initially, Donald L. Gouge, Jr. was representing Michael Walsh, and the New Castle County Sheriff. Mr. Gouge routinely represents the Sheriff's Office in certain matters including but not limited to sheriff's sales. Therefore, Mr. Gouge filed a Motion to Dismiss on behalf of Michael Walsh and the New Castle County Sheriff. It was later determined that the New Castle County Department of Law would provide representation to Michael Walsh and New Castle County. In addition to the reasons stated in the Opening Brief of Defendants Michael Walsh and the New Castle County Sheriff there are additional reasons the instant Complaint should be dismissed. Therefore, by and through the undersigned counsel Michael Walsh and New Castle County respectfully request leave of the Court to supplement the initial Motion to Dismiss and

Opening Brief in support thereof filed with the Court.

                                                /s/ Michele D. Allen
                                                Michele D. Allen, (I.D. No. 4359)
                                                Assistant County Attorney
                                                New Castle County Law Department
                                                87 Reads Way
                                                New Castle, Delaware 19720
                                                (302) 395-5130
                                                *Attorney for Defendants Michael Walsh and New Castle County*

Dated: March 13, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Johnnie M. DuBose,<br><br>      Plaintiff,<br><br>v.<br><br>Michael Walsh, New Castle County Sheriff, in his official capacity, American Business Credit Inc., Robert K. Beste, Jr. and Maggie Clausell | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C. A. No. 07-45\*\*\* |

## ORDER

AND NOW this _____ day of _____, 2007, it is hereby ORDERED AND DECREED that Defendants Michael Walsh and New Castle County's Motion to Supplement the Motion to Dismiss is **GRANTED**.

_____
                                  J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Johnnie M. DuBose, | ) | |
| | ) | C. A. No. 07-45*** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Walsh, New Castle County Sheriff, in his official capacity, American Business Credit Inc., Robert K. Beste, Jr. and Maggie Clausell | ) | |

### CERTIFICATE OF SERVICE

I, Michele D. Allen, Assistant County Attorney hereby certify that on March 13, 2007, I sent copies via U.S. Mail postage prepaid to *Pro se* plaintiff and counsel as follows as well as electronically filed the foregoing "Motion to Supplement Defendants Michael Walsh and New Castle County's Motion to Dismiss" with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Johnnie DuBose
4 Teakwood Lane
Wilmington, DE 19801

Donald L. Gouge, Jr., Esquire
Heiman, Gouge & Kaufman, LLP
P.O. Box 1674
Wilmington, DE 19899

Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
Nemours Building, Suite 1130
1007 Orange Street, Wilmington, DE 19801

Paul Cottrell, Esquire
Tigh & Cottrell, P.A.
704 King Street, Box 1031
1 Customs House
Wilmington, DE 19899

                                               /s/   *Michele D. Allen*
                                               MICHELE D. ALLEN,
                                               Assistant County Attorney
                                               (Delaware Bar No. 4359)
                                               New Castle County Law Department
                                               87 Reads Way
                                               New Castle, DE 19720
                                               Telephone: (302)395-5130
                                               *Attorney for Defendants Michael Walsh and New Castle County*