UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Johnnie M. DuBose, ) | |
| ) | C. A. No. 07-45*** |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| Michael Walsh, New Castle County Sheriff, ) | |
| in his official capacity, American Business ) | |
| Credit Inc., Robert K. Beste, Jr. and Maggie ) | |
| Clausell | |

## WITHDRAWAL/ENTRY OF APPEARANCE

Please withdraw the appearance of Assistant County Attorney Michele D. Allen as attorney for Defendants Michael Walsh and New Castle County and enter the appearances of Laura T. Hay, Assistant County Attorney and Megan Sanfrancesco, First Assistant County Attorney as attorneys for Defendants Michael Walsh and New Castle County.

NEW CASTLE COUNTY LAW DEPARTMENT

/s/ *Megan Sanfrancesco*
MEGAN SANFRANCESCO
First Assistant County Attorney
(I.D. No. 3801)
Laura T. Hay
Assistant County Attorney
(I.D. No. 4715)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

DATED: June 28, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Johnnie M. DuBose,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br>  )  <br> v.  )  <br>  )  <br> Michael Walsh, New Castle County Sheriff,  )  <br> in his official capacity, American Business  )  <br> Credit Inc., Robert K. Beste, Jr. and Maggie  )  <br> Clausell | C. A. No. 07-45*** |

## CERTIFICATE OF SERVICE

I, Megan Sanfrancesco, First Assistant County Attorney hereby certify that on June 28, 2007, I sent copies via U.S. Mail postage prepaid to *Pro se* plaintiff and counsel as follows, as well as electronically filed the foregoing "Withdrawal/Entry of Appearance" with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Johnnie DuBose
4 Teakwood Lane
Wilmington, DE 19801

Donald L. Gouge, Jr., Esquire
Heiman, Gouge & Kaufman, LLP
P.O. Box 1674
Wilmington, DE 19899

Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greehnill & Furman, P.C.
Nemours Building, Suite 1130
1007 Orange Street, Wilmington, DE 19801

Paul Cottrell, Esquire
Tigh & Cottrell, P.A.
704 King Street, Box 1031
1 Customs House
Wilmington, DE 19899

   /s/   *Megan Sanfrancesco*
MEGAN SANFRANCESCO
First Assistant County Attorney
(Delaware Bar No. 3801)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
Telephone: (302)395-5130
*Attorney for Defendants Michael Walsh and New Castle County*