October 1, 2007

Hon. Mary Pat Thynge
United States District Court
District of Delaware

Request for Settlement Conference RE: C.A. No. 07-45 MPT

Dear Judge Thynge

    The above referenced case was filed in the District Court and duly served on defendants in January of 2007. The court decided to assign this case to a magistrate for pre-trial motions etc, because the court is low on federal judges to handle the case load. In this matter, after defendants failed to answer my complaint in accordance with the rules and 8 months later, have not attempted to answer. A motion for default judgment was filed March 15, 2007 and your honor, assigned this case, had for some reason not acted upon the motions.

    Therefore, it is my request that your honor schedule a telephonic settlement conference between me and the defendants. I am not certain what the court could do with regards to American Business Credit (ABC) for they have not entered their appearance in this case. It would seem reasonable to expect the court to grant my default judgment against them.

Respectfully request,

Johnnie DuBose Pro Se
4 Teakwood Lane
Wilmington, DE 19810
Cell: 302-547 3054

c: Honorable Chief Judge Gregory Sleet
   American Business Credit
   Michael Walsh Sheriff NCC
   Robert Beste Jr.
   Maggie Clausell Esq.



RECEIVED
OCT - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Johnnie Du Boise
4 Teakwood Lane
Wilmington, Delaware 19810

United States District Court
District of Delaware
844 N. King Street
Lock Box 18
Wilmington, Delaware 19801

19801 2619 0012



Johnnie Du Bose
4 Peakwood Lane
Wilmington, Delaware 19810

United States District Court
District of Delaware
844 N. King Street
Lock Box 18
Wilmington, Delaware 19801
Att: Chief Judge Gregory Sleet

