Laura T. Hay
Assistant County Attorney
87 Reads Way
New Castle, DE 19720

      RE:    Johnnie DuBose V. Michael Walsh, New Castle County Sheriff, American Business Credit, Inc., Robert K. Beste, Jr., and Maggie Clausell

            **Rule 16 Scheduling Teleconference**

*07-45 MPT*

Dear Laura T. Hay and Defendant Counsel:

    In accordance with the Court's order of October 9, defendant counsels have conferred regarding dates in the Court's order. Pro Se, plaintiff Johnnie DuBose proposed the following:

1. The court should rule on plaintiff's motion for default judgment prior to an order granting a scheduling conference. The plaintiffs submitted a letter to the court requesting a settlement conference base upon defendant's failure to answer original complaint. The defendant's motion to dismiss is not a substitute for an answer for this complaint.

2. Discovery

   a. The plaintiffs request that all discoveries be in the form of written interrogatives, request for production and request for admission. The plaintiff is not able to participate in electronic filing.

The letter submission to plaintiff was a 2 page document numbered 2, 3, a. c, d, and 9. Am I to assume that there were other submissions that are absent namely 4 thru 8 and in regards to discovery number 3b? Lastly, plaintiff submitted to defendant's a letter proposing a possible settlement of this matter. Am I to understand from the lack of response by defendant and unwillingness to resolve this matter? Also all defendants' case dispositive motions shall not be briefed prior to defendant's answer of the original complaint.

Sincerely,

*Johnnie M. DuBose* (signature)

Johnnie M. DuBose
4 Teakwood Lane
Wilmington, DE 19801

Date: Oct. 19 2007

2007 OCT 22 AM 9:13
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court
In and For the District of Delaware

Johnnie DuBose
          v                                    C.A. No. 07-45 MPT
Michael Walsh, et al

## Certificate of Service

I, hereby certify that on October 22, 2007 I caused to be delivered by hand (2) copies of the attached Rule 16 Schedule to

Robert K. Beste Jr
Paul Cottrell
Donald Gouge, Jr
Laura Thomas Hay
Megan Sanfrancesco

                              Johnnie M DuBose
                              Johnnie DuBose Pro Se'
                              4 Treatwood Lane
                              Wilm. Dele. 19810