## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHNNIE M. DUBOSE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-45-*** |
| | : | |
| MICHAEL WALSH, NEW CASTLE | : | |
| COUNTY SHERIFF, in his official | : | |
| capacity, AMERICAN BUSINESS | : | |
| CREDIT, INC., ROBERT K. BESTE, JR., | : | |
| and MAGGIE CLAUSELL, | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **25**th day of **October, 2007**.

For the reasons set forth by the Court during the October 24, 2007 teleconference,

IT IS HEREBY ORDERED that plaintiff's motion for default judgment (D.I. 19) is DENIED.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE