IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHNNIE M. DUBOSE, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-45-SLR/LPS |
| MICHAEL WALSH, ET AL., | : | |
| Defendants. | : | |

ORDER

At Wilmington this 26th day of **February, 2008.**

WHEREAS, defendants filed motions to dismiss (D.I. 9, 12 & 18), motion for joinder (D.I. 14), and a motion to supplement the motion to dismiss (D.I. 17). Plaintiff has failed to respond to any of the motions.

WHEREAS, plaintiff filed a motion for reconsideration (D.I. 30) on October 29, 2007. Defendants have failed to respond to the motion. Therefore,

IT IS HEREBY ORDERED that all parties shall file their responsive answering briefs on or before **March 18, 2008.** Any reply briefs shall be filed on or before **March 26, 2008.**

FAILURE BY ANY PARTY TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN GRANTING OF MOTION(S) FILED BY THE OPPOSING PARTY OR PARTIES.

_____
UNITED STATES MAGISTRATE JUDGE