

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801
T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

February 29, 2008

**By Electronic Filing**
The Honorable Leonard P. Stark, Magistrate Judge
United States District Court – District of Delaware
U. S. Courthouse
844 King Street, Lockbox 26
Wilmington, DE 19801

RE: **Johnnie M. DuBose v. Michael Walsh, New Castle County Sheriff; American Business Credit, Inc.; Robert K. Beste, Jr.; and Maggie Clausell; District Court - C. A. No. 07-045 (MPT)**

Dear Judge Stark:

I write in response to Your Honor's Order dated February 26, 2008 (D.I. 35), which, among other things, set a briefing schedule on Plaintiff's Motion for Reconsiderations (D.I. 30), which is an application for reconsideration of the denial of Plaintiff's request to enter a default judgment against Defendant American Business Credit, Inc.

I do not represent American Business Credit, Inc., in this matter. I write to Your Honor to point out that it is believed such entity is or was in bankruptcy, in this District, in C. A. No. 05-10206-MFW. I do not practice frequently in Bankruptcy Court, but that matter does appear to be closed; and, to my knowledge, no claim was made by Plaintiff in Bankruptcy Court with respect to the pending action before this Court.

Respectfully submitted,

ROBERT K. BESTE, JR.

RKB/msj
cc:  Mr. Johnnie M. DuBose (by First-Class Mail)
     Laura Thomas Hay, Esq. (by Electronic Filing)
     Paul P. Cottrell, Esq. (by Electronic Filing)
     Donald L. Gouge, Esquire (by Electronic Filing)
     Megan Sanfrancesco, Esq. (by Electronic Filing)
     Clerk of Court, District Ct. (by First-Class Mail)

05021-0059; Doc. #28