IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNNIE M. DUBOSE,<br><br>　　　　　　　Plaintiff(s),<br>　vs.<br><br>MICHAEL WALSH, ET AL.<br><br>　　　　　　　Defendant(s). | C.A. NO. 07-45-SLR/LPS<br><br>**NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF 11 U.S.C. §362** |

**NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF 11 U.S.C. §362**

PLEASE TAKE NOTICE that on January 21, 2005 and/or January 24, 2005 the following entities (collectively, the "Debtors") filed voluntary petitions for relief in bankruptcy under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware:

- American Business Financial Services, Inc, Case No. 05-10203
- Tiger Relocation Company, Case No. 05-10204
- American Business Credit, Inc., Case No. 05-10206
- HomeAmerican Credit, Inc., f/k/a Upland Mortgage, Case No. 05-10207
- American Business Mortgage Services, Inc., Case No. 05-10208
- ABFS Consolidated Holdings, Inc., Case No. 05-10217

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §362 an automatic stay is in effect as a result of the bankruptcy filings of the Debtors including but not limited to a stay with respect to any act to create, perfect, or enforce any lien against property of the estate as defined in 11 U.S.C. §541, and, also with respect to commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was commenced before the commencement of the bankruptcy cases under Title 11, or, to recover a claim against the Debtors that arose before the commencement of the bankruptcy cases under Title 11.

      PLEASE TAKE FURTHER NOTICE that on May 17, 2005 the Chapter 11 cases of the Debtors were converted to cases under Chapter 7 of Title 11 and George L. Miller was appointed as Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of the Debtors.

Dated: March 17, 2008

                                COZEN O'CONNOR

By:   /s/ John T. Carroll, III
       John T. Carroll, III (No. 4060)
       1201 N. Market Street
       Suite 1400
       Wilmington, Delaware 19801
       Telephone: (302) 295-2028
       Facsimile: (302) 295-2013

       Counsel to George L. Miller, in his capacity as Chapter 7 Trustee for the estates of the Debtors

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHNNIE M. DUBOSE,

                Plaintiff(s),

vs.

MICHAEL WALSH, ET AL.

                Defendant(s).

C.A. NO. 07-45-SLR/LPS

**CERTIFICATION OF SERVICE REGARDING NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF 11 U.S.C. §362**

CERTIFICATION OF SERVICE REGARDING
NOTICE OF BANKRUPTCY AND AUTOMATIC STAY OF 11 U.S.C. §362

      I, John T. Carroll, counsel to George L. Miller, in his capacity as Chapter 7 Bankruptcy Trustee for following entities (collectively, the "Debtors"):

- American Business Financial Services, Inc, Case No. 05-10203
- Tiger Relocation Company, Case No. 05-10204
- American Business Credit, Inc., Case No. 05-10206
- HomeAmerican Credit, Inc., f/k/a Upland Mortgage, Case No. 05-10207
- American Business Mortgage Services, Inc., Case No. 05-10208
- ABFS Consolidated Holdings, Inc., Case No. 05-10217

hereby certify that I am not less than 18 years of age, and further certify that on March 17, 2008 I caused a true and correct copy of the Notice of Bankruptcy and Automatic Stay of 11 U.S.C. Section 362 to be served via regular U.S. first class mail upon the parties identified on the service list attached hereto as Exhibit "A".

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 17, 2008

                                                COZEN O'CONNOR

By:   /s/ John T. Carroll, III
        John T. Carroll, III (No. 4060)
        1201 N. Market Street
        Suite 1400
        Wilmington, Delaware 19801
        Telephone:  (302) 295-2028
        Facsimile:   (302) 295-2013

        Counsel to George L. Miller, in his capacity as Chapter 7 Trustee for the estates of the Debtors

**EXHIBIT "A"**

**SERVICE LIST**

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman PC
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE  19801

Johnnie M. DuBose
4 Teakwood Lane
Wilmington, DE  19801

Laura Thomas Hay, Esquire
New Castle County Law Dept.
New Castle Corporate Commons
87 Reads Way
New Castle, DE  19720

Paul Cottrell, Esquire
Tighe & Cottrell, P.A.
704 King Street, Box 1031
1 Customs House
Wilmington, DE  19899

Donald L. Gouge, Jr., Esquire
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE  19899

Megan Sanfrancesco, Esquire
New Castle County Law Dept.
New Castle Corporate Commons
87 Reads Way
New Castle, DE  19720