March 18, 2008

*By Electronic Filing*
The Honorable Leonard P. Stark, Magistrate Judge
United States District Court – District of Delaware
U.S. Courthouse
844 King Street, Lockbox 26
Wilmington, DE 19801

      RE: Johnnie M. Dubose v. Michael Walsh, New Castle County Sheriff; American Business Credit, Inc., Robert K. Beste, Jr.; and Maggie Clausell; District Court – C.A. No. 07-045 (MPT)

Dear Judge Stark:

  I write in response to Your Honor's Order dated February 26, 2008 (D.I. 35) which directs Defendants to file answering briefs in response to Plaintiffs motion for reconsideration of Judge Thynge's denial of Plaintiff's request for a default judgment against Michael Walsh, New Castle County Sheriff.

  It is New Castle County's position that Plaintiff's motion for reconsideration should be denied for the reasons previously set forth in Defendant Michael Walsh and New Castle County's March 20, 2007 Response to Plaintiff's Motion for Default Judgment (D.I. 21).

      Respectfully Submitted,

      /s/ Laura T. Hay

      Laura T. Hay
      Assistant County Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Johnnie M. DuBose, | ) | |
| | ) | C. A. No. 07-CV-45-SLR/LPS |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Walsh, et al., | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

  I, Laura T. Hay, Esquire, hereby certify that on the 18th day of March 2008, I caused two (2) copies of the foregoing letter Response to Plaintiff's Motion for Reconsideration to be served electronically to the following parties:

Robert K. Beste, Jr.
Cohen Seglias Pallas Greenhill & Formon
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE  19801

Paul Cottrell, Tighe & Cottrell, P.A.
704 King Street, Box 1031
1 Customs House
Wilmington, DE  19899

Donald L. Gouge, Jr.
Herman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE  19899

Megan Sanfrancesco
New Castle County Law Department
New Castle Corporate Commons
87 Reads Way
New Castle, DE  19720

American Business Credit, Inc.
c/o George L. Miller, Chapter 7 Trustee
8 Penn Center, Suite 980
Philadelphia, PA  19103

*and served via First Class U.S. Mail, postage prepaid to:*

Johnnie DuBose, Pro Se
4 Teakwood lane
Wilmington, DE  19810

                                      NEW CASTLE COUNTY LAW

                                      /s/ Laura T. Hay
                                      Eric Leonard Episcopo (# 4715)
                                      Assistant County Attorney
                                      87 Reads Way
                                      New Castle, DE 19720
                                      302-395-5148

Dated: March 18, 2008